IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02532-BNB

JAMES DALTON BELL,

Petitioner,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS, and
UNITED STATES ATTORNEY GENERAL,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Petitioner James Dalton Bell initiated this action by filing *pro se* a petition for a writ of habeas corpus and a memorandum of law in support of the habeas corpus petition. In an order filed on December 5, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Bell to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Bell to file an application for a writ of habeas corpus on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Bell was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Bell has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's December 5 order.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus petition is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-02532-BNB

James Dalton Bell
Reg. No. 26906-086
USP - Tuscan
PO Box 24550
Tuscan, AZ 85734

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk