IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02532-ZLW

JAMES DALTON BELL,

Petitioner,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS, and
UNITED STATES ATTORNEY GENERAL,

Respondents.

---

ORDER DENYING MOTION TO RECONSIDER

---

At issue in the instant Petition is a *pro se* Letter filed by Petitioner James Dalton Bell on February 6, 2008. Petitioner is a federal prisoner incarcerated at the United States Penitentiary in Tucson, Arizona who submitted a 28 U.S.C. § 2241 Petition in this Court on December 3, 2007. In the Letter, Petitioner claims that prison officials will not authorize payment from his inmate account of the $5.00 filing fee. Petitioner also challenges the Court's requirement that he file the Petition on a proper form. Mr. Bell's Petition was dismissed on January 25, 2008, for failure to cure deficiencies.

The Court must construe the February 6, 2008, Letter liberally because Mr. Bell is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v.*

***Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Letter will be treated as a Motion to Reconsider, and the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Bell filed the Motion to Reconsider within ten days after the Judgment was entered. Therefore, the Court will consider the Motion pursuant to Rule 59(e). ***See Van Skiver***, 952 F.2d at 1243.

In the January 25, 2008, Order, the Court dismissed the action because Petitioner failed to cure the deficiencies noted in the December 5, 2007, Order. Although Petitioner claims that he should be allowed to proceed without payment, because prison officials will not withdraw $5.00 from his account for payment of the filing fee, Petitioner did not in a timely manner, provide any evidence that he requested payment to be made to the Court and his request was denied. Furthermore, under Rule 8.2.A. of the Local Rules of Practice of the United States District Court for the District of Colorado, Mr. Bell is required to submit his claims on a Court-approved form, which he has failed to do within the time allowed.

Upon consideration of the Motion to Reconsider and the entire file, the Court finds that Mr. Bell fails to demonstrate the existence of any circumstances that would justify a decision to vacate the Judgment. Therefore, the Motion to Reconsider will be denied. Mr. Bell is reminded that, because the instant action was dismissed without

2

prejudice, he may pursue his claims by filing a new action if he chooses.

Accordingly, it is

ORDERED that the Letter, (Doc. No. 9), filed February 6, 2008, is construed as a Motion to Reconsider, pursuant to Fed. R. Civ. P. 59(e), and is denied.

DATED at Denver, Colorado, this 14 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02532-BNB

James Dalton Bell
Reg. No. 26906-086
USP - Tuscan
PO Box 24550
Tuscan, AZ 85734

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk